JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN TOPETE, | ) | Case No. CV 21-5252-VAP (JPR) |
| Petitioner, | ) ) ) | **J U D G M E N T** |
| v. | ) ) | |
| SEAN MOORE, Acting Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 14, 2022

*(signature)*
VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE